United States District Judge Richard E. Myers II

Eastern District Court

Wilmington, NC 28401



Judson Witham

Vs

Judge Boyle, The GSA,                                  Cases 5:cv-385

The Federal District Court Raleigh                     5-cv-0446-M

New York State                                         **Referred for MEDIATION**

State of Vermont ET AL


Civil Case Manager Kimberly Waddell: 910.679.2068

Chambers 910.815.4738

10/02 /2020

**Consolidated Causes**

**5:20-cv-385-M and   Case 5:20-cv-00446-M.  Witham v Boyle Et Al**

1

To The Honorable Judge of Said Court, Ms. Waddell, Judge Swank, Judge Myers,
Dear Clerk .......

I.

## Meaningful Access to The Courts is Required

1. I need the Court to Send to Me the last IFP Disclosures I filed with the Court. I have asked PREVIOUSLY in Writing to the Court THREE TIMES that the Court send to me those Financial Disclosures I have previously provided REPEATEDLY The Court seems to REFUSE to honor this repeated request.

2. <u>In addition to the Court seemingly IGNORING My Requests for the Previous Financial Disclosures</u> I ALSO ASKED for the Civil Cover Sheet and the Notice of Self Represntations I have filed with the Court that those as well be Returned to Me or Copied for me and Sent to Me. These simple requests are IGNORED and conspicuously left out of the Memorandum and Recomendation of Magistrate Swank dated September 30th 2020.

3. I again ask that the previous financial disclosures, cover sheet and the notice of Self Representation I have previously filed in the Court in Raleigh and in Wilmington be sent to me. <u>THIS IS THE FOURTH TIME I've asked that this be done.</u>

2

4. **In addition to the above repeated requests, I ask that the Clerk send Me the Forms that are needed to AGAIN provide the Court with the IFP Disclosures, Cover Sheets, Notice of Self Representation. In addition to what I ask for in PARAGRAPH 1,2,3 and 4 ...... I need the Court to Send Me the Necessary Forms as They mistakenly claim I have not previously sent, REPEATEDLY.**

## II

## 28,000 PLUS New York Business Trips to North Carolina

1. **IN THIS CASE ..... The State of New York Comptroller of the State Treasury has sent Me expense payment sheets consisting of more than 800 Pages of Business Expense Reports and spread sheets showing 28,000 PLUS Business Trips by New York State Officials to North Carolina. I can ELECTRONICALLY copy the Excell Spread Sheets sent by NEW YORK STATE to the Court.**
2. In this matter these nearly 28,000 + Business Trips by New York State to North Carolina are extremely indicative of the INTERNATIONAL SHOE minimum in State Contacts Test always being met in these matters by Plaintiff. NEW YORK STATE CONDUCTS ENORMOUS AMOUNTS OF BUSINESS in North Carolina.

**Therefore Premises Considered, Plaintiff AGAIN now for the 4th Time requests the Previous Financial Disclosures, Cover Sheets and Forms for Self Representation be sent back to Him. ALSO these forms to Satisfy the Court's Misplaced claims of filing deficiencies, I also need NEW FORMS sent to Me <u>EMPHASIS ADDED</u>**

1. THE COVID NATIONAL EMERGENCY has made things difficult at least BUT My Repeated Requests for My Previous IFP Financial Disclosures is OBVIOUSLY

3

BEING RESISTED and or IGNORED by the Court.  **I OBJECT to this deceptive and contrived Prevarication and AVOIDANCE to provide Me what I have repeatedly asked for repeatedly IN WRITING.  <u>I OBJECT to My Case being Dismissed as I have repeatedly asked for the Records I am again ASKING FOR HEREIN.</u>**

2. I need the previously filed Disclousres, The Previously Filed Covered Sheets and the Previously Filed NOTICES of Self Represntation.   Getting to the Clerk's Office is NOT POSSIBLE for Me and My repeated requests Sent In Writing to this Court NEED NOT BE IGNORED.  I object to the treatment and I absolutely OBJECT to this Case being DISMISSED without said Forms and Papers I am repeatedly requesting.  I AGAIN REQUEST that They Be Mailed to Me.  THE ONLY DELAY IN THIS MATTER is being caused by the CLERK's Office ….. NOT BY ME.

*The IFP Disclosures and Cover Sheet for 5:20-CV-385-BR was originally filed and I have NO idea how cause 5:20-CV-00446 was ever created.  As I have previously stated I provided the Civil Cover Sheet, Statement of Self Representation, Financial Disclosures etc etc as is now evident by the recent REASSIGNMENT of the 5:20-CV-385-BR to Judge Myers.  This should clear up the IFP and Civil Cover Sheet etc matters.  I already provided the Financial Disclosures to the Court etc etc.*

3. The standards of International Shoe in this matter have CLEARLY been surpassed and the Minimum Instate Business matters of over 28,331 Business matters in NC have always been sufficient.  NEW YORK STATE INC. does copious amounts of Business through Interstate Compacts and other means IN NORTH CAROLINA as does International Paper Corporation having as many as 12 Large Business Addresses in North Carolina.  The MAJOR Business NEW YORK INC conducts in NC reveals the previous claims that the requisites of

4

Minimum Instate Contacts and Instate Business were INCORRECTLY treated by Judge Boyle, and the other Judges involved.

**I can ELECTRONICALLY share the Vast Excell Spread Sheets with the Court as the list of business activities by New York State Inc. exceeds 1,000 pages.**

4. The Court in Raleigh CONSOLIDATED the Two Cases already, BUT I again ask for the Copies and Forms AGAIN.

5. I have filed Financial Disclosures for IFP with Raleigh back in July and several previous times, also Civil Cover Sheet and Original Pleadings in Raleigh **IN THIS CASE** and for some reason these filings appear to have been MISTAKENING separated and an additional cause number created ? I will ask the Court to recognise this confusion and error is NOT My doing. **I have asked for COPIES of the previous filimngs REPEATEDLY in writing to the Court.**

6. *I am asking the Court to formally recognise My IFP Status as numerous previous times I have been granted as such. <u>I also previously filed the Cover Sheets and Financial Disclosures repeatedly in Raleigh in July, WHY these filings are being MIXED UP and LOST / MIA is a mystery to Me.</u>*

7. LASTLY ...... I would appreciate IFP status being granted and Electronic Filing Enabled for Me. Traveling to Mail and Print Papers under the COVID conditions is very challenging for Me.

5

*Judson Witham* (signature)

Judson Witham

15215 Aiken Rd

Wake Forest, 27587

Ph 801-602-9131

US District Court Clerk

1003 South 17th Street

Wilmington, NC 28401

**CC: US District Judge Terrence W. Boyle**

Office of the Clerk

US District Court

Po Box 25670

Raleigh NC 27611