IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:20-CV-00385-M

| | |
|---|---|
| JUDSON WITHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES GOVERNMENT, ) | |
| JUDGE TERRANCE BOYLE, ) | ORDER |
| DEC NEW YORK STATE, ) | |
| STATE OF NEW YORK, ) | |
| GOVERNOR ANDREW CUOMO, ) | |
| BASIL SEGGOS, DEC Commissioner, ) | |
| STATE OF NORTH CAROLINA, ) | |
| WARREN COUNTY NEW YORK, ) | |
| THE LAKE GEORGE COMMISSION, ) | |
| NEW YORK STATE CONSERVATION COM, ) | |
| STATE OF VERMONT, ) | |
| ) | |
| Defendants. ) | |

Before the court is a document filed by Plaintiff titled, "NOTICE OF Massive Poisoning and Flushing of America's Rivers and Lakes The Immense Destruction of Lake Champlain" and construed by the court as a motion seeking the same relief as motions previously denied by this court [DE 21]. In addition, Plaintiff has filed a "supplement" to the motion [DE 22].

For the same reasons set forth in the prior orders, the present motion is DENIED. The court notes that the present motion is dated January 12, 2021, only two business days after the court issued an order warning Plaintiff about his litigation conduct. Again, the court will not impose sanctions at this time, but reminds the Plaintiff that he may be sanctioned for any further improper litigation conduct, including but not limited to the filing of repetitive unsupported and/or

frivolous requests for relief, if he fails to comply with the applicable law, rules, or this court's orders.

SO ORDERED this 22d day of January, 2021.

_Richard E Myers II_
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2